1054

THELMALEEN BRYANT, *Appellant,* v. THE EMPLOYMENT
SECURITY DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 83–2–01428–7, Carol A. Fuller, J., entered June 8, 1989. *Reversed* by unpublished opinion per Reed, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

ANTHONY HESS, *Appellant,* v. GEORGE R. BARNES III,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–2–00244–1, Thomas R. Sauriol, J., entered March 31, 1989. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. JAN D. LOOK,
*Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 88–1–00017–0, William E. Howard, J., entered November 7, 1988. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.

LOYE KRENK, *Respondent,* v. DYAN R. KRENK,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–2–08343–3, Arthur W. Verharen, J., entered October 28, 1988. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Worswick, J.